UNITED STATES of America, Plaintiff–Appellee,

v.

**Jimmy De LUNA–VIGIL, Defendant–Appellant.**

No. 02–41771.
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 18, 2004.

James Lee Turner, Renata Ann Gowie, Assistant US Attorneys, US Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Roland E. Dahlin, II, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before HIGGINBOTHAM, EMILIO M. GARZA, and PRADO, Circuit Judges.

PER CURIAM.[*]

Jimmy De Luna–Vigil appeals his sentence following his guilty-plea conviction for transporting an illegal alien, in violation of 8 U.S.C. § 1324. De Luna–Vigil challenges a condition of supervised release set forth in the written judgment that prohibits him from possessing "any other dangerous weapon." He argues that this provision must be deleted from the written judgment because the district court did not mention the condition when it orally pronounced sentence. His argument is foreclosed by this court's decision in *United States v. Torres–Aguilar,* 352 F.3d 934, 937–38 (5th Cir.2003). The judgment of the district court is AFFIRMED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.